JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT DOTY, | ) | Case No. 09-CV-08492-MMM (DTBx) |
| | ) | |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER GRANTING |
| vs. | ) | JOINT STIPULATION AND MOTION |
| | ) | TO DISMISS ENTIRE ACTION WITH |
| PROGRESSIVE MANAGEMENT SYSTEMS, | ) | PREJUDICE |
| | ) | |
| Defendant. | ) | |

Based on the Joint Stipulation and Motion to Dismiss Entire Action, with Prejudice filed in this action, the above-captioned action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: March 15, 2010

_Margaret M. Morrow_
HON. MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE